**Order entered January 11, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00950-CR

## MICHAEL VILLASANA, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-80223-2020**

## ORDER

Before the Court is court reporter Destiny Moses's January 8, 2021 request for extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record timely filed as of January 11, 2021.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE